1
2
3
4
5
6         IN THE UNITED STATES DISTRICT COURT

7
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9

10   MATTHEW T. BRADY,                         No. C 07-0931 WHA (PR)

11              Plaintiff,                      **ORDER OF DISMISSAL**

12      v.

13   CHIEF, SAN JOSE POLICE DEPT.;
     OFFICER SANDALL; OFFICER
14   LUCTTICKEN; and CITY OF SAN
     JOSE,
15
                Defendants.
16                                         /

17

18        On October 11, 2007, the court dismissed plaintiff's civil rights complaint for failure to

19   present a cognizable claim for relief.  Plaintiff was granted thirty days to file an amended

20   complaint.  He has failed to do so.  This case is accordingly **DISMISSED** with prejudice.  *See*

21   *WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been

22   dismissed with leave to amend and plaintiff does not amend, further district court determination

23   is necessary).  The clerk shall close the file.

24        **IT IS SO ORDERED.**

25

26   Dated: December ___30___, 2007.          _____

27                                            WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE

28   G:\PRO-SE\WHA\CR.07\brady0931.DSM.wpd